[No. 50554-8-I.   Division One.   July 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MILTON ROCKWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07772-1, Paris K. Kallas, J., entered June 3, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50651-0-I.   Division One.   July 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ROY EARL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07736-4, Carol A. Schapira, J., entered June 17, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50751-6-I.   Division One.   July 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH EMANUEL BUTLER IV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09600-8, Michael J. Fox, J., entered July 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50860-1-I.   Division One.   July 14, 2003.]

*In the Matter of the Marriage of* THEODORE DAVID MASON, *Appellant*, and DANA ELAYNE MASON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-3-04670-0, Sharon S. Armstrong, J., entered July 1 and 24, 2002. *Affirmed* by unpublished per curiam opinion.